**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Stephanie McRae, ) | Civil Action No. 9:25-cv-13258-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Palma II, LLC and Palmaccio Management ) | **NOTICE OF FILING** |
| Corp., ) | |
| ) | |
| Defendants. ) | |

Attached for filing is an Acknowledgment of Removal executed and filed on November 5, 2025 by the Clerk of Court for the South Carolina Court of Common Pleas for Jasper County.

Respectfully submitted,

**HALL BOOTH SMITH, P.C.**

*/s/ Joseph D. Thompson, III*
Joseph D. Thompson, III, Federal Bar No. 6062
Email: jthompson@hallboothsmith.com
Robert R. Velasquez, Federal Bar No. 14238
Email: svelasquez@hallboothsmith.com
111 Coleman Boulevard, Suite 301
Mount Pleasant, South Carolina 29464
Phone: 843-720-3460

*Attorneys for Defendant Palma II, LLC and Palmaccio Management Corp.*

November 5, 2025

Mount Pleasant, South Carolina