ELECTRONICALLY FILED - 2025 Nov 05 11:18 AM - JASPER - COMMON PLEAS - CASE#2025CP2700394

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Stephanie McRae, | ) | Civil Action No. 9:25-cv-13258-BHH |
| Plaintiff, | ) | |
| v. | ) | |
| Palma II, LLC and Palmaccio Management Corp., | ) | ACKNOWLEDGMENT OF REMOVAL |
| Defendants. | ) | |

The undersigned Clerk of Court for Jasper County acknowledges that a copy of the Notice of Removal in the above-captioned case was duly received and filed.

*(Jasper County Clerk of Court's E-Signature to Follow)*

[signature]

(Jasper County Court of Common Pleas Case No. 2025-CP-27-00394)



Jasper Common Pleas

**Case Caption:** Stephanie Mcrae , plaintiff, et al VS Palma Ii, Llc , defendant, et al

**Case Number:** 2025CP2700394

**Type:** Notice/Removal to District Court

So Ordered

s/R. Keith Horton, Jasper County Clerk of Court
by Laura Malphrus

Electronically signed on 2025-11-05 11:16:53    page 2 of 2